RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Shari_Kaufman@fd.org

Attorney for Justin Bessette

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN BESSETTE,<br><br>    Defendant. | Case No. 2:20-CR-288-APG-DJA<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA DETERMINATION OF CRIMINAL HISTORY** |

    COMES NOW, appointed counsel, Shari L. Kaufman, Assistant Federal Public Defender, hereby moves this Court request a Pre-Plea Determination of Criminal History be prepared by the Probation department.

    1.    It appears that defendant may be Armed Career Criminal eligible under 18 U.S.C. section 924(e). Whether Mr. Bessette would be an Armed Career Criminal, or subject to the Career Offender Guideline will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea determination of criminal history will promote judicial economy and aid in the manner in which this case is ultimately resolved.

    2.    Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea determination of criminal history in 90 days.

3. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Melanee Smith regarding this request and she has no opposition. The Department of Probation has also been made aware that this request is forthcoming.

DATED this 26th day of May 2021.

        RENE L. VALLADARES  
        Federal Public Defender

By: */s/ Shari L. Kaufman*  
        SHARI L. KAUFMAN  
        Assistant Federal Public Defender  
        Attorney for Justin Bessette

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN BESSETTE,<br><br>                Defendant. | 2:20-CR-288-APG-DJA<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Determination of Criminal History on Defendant Justin Bessette within 90 days.

DATED this the 27th day of May 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 26, 2021, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA DETERMINATION OF CRIMINAL HISTORY** by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　　　　*/s/ Brandon Thomas*
　　　　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender